```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CHRIS SCAFURI, individually and on                            :
behalf of all others similarly situated,                      :
                                                              :
                              Plaintiff,                      :
                                                              :
        -v-                                                   :
                                                              :
VOLKSWAGEN GROUP OF AMERICA, INC., ,:
VOLKSWAGEN AG,                                                :
                                                              :
                              Defendants.     X
-----------------------------------------------------------------
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: October 13, 2015

15-cv-7757 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

Parties shall provide the Court a letter setting forth any information as to whether parties in cases that allege similar issues (and filed recently) will move to consolidate cases or to transfer pursuant to 28 U.S.C. § 1407 for multidistrict litigation. If so, parties shall provide the Court information as to the timing, location, and status of such proceedings.

SO ORDERED.

Dated:    New York, New York
          October 13, 2015

_____
KATHERINE B. FORREST
United States District Judge